UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.                                    CIVIL NO.11-20551-39-DT

ERIC HESTER,

        Defendant(s).
_____/

## ORDER GRANTING ATTORNEY ANTONIO TUDDLES MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

    This matter has come before the court on the Motion to Withdraw [ Dkt #875] filed on October 22, 2014 by attorney Antonio Tuddles.

    A hearing was held on November 5, 2014 and after hearing argument from counsel and the defendant and reviewing the affidavit submitted by the defendant, the court has determined that there is sufficient reason for Mr. Tuddles to be permitted to withdraw as counsel for the defendant. Therefore,

    IT IS ORDERED for the reasons stated on the record the motion to withdraw is **GRANTED.** The Federal Defender's Office is directed to appoint new counsel. Upon the filing of an appearance by the new attorney, this court will schedule a status conference with counsel.

                                                S/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: November 10, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 10, 2014, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522